# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILIP L. STIMAC, | ) | |
| Plaintiff, | ) | 3:11-CV-00381-RCJ(RAM) |
| v. | ) | |
| BARACK OBAMA, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (ECF No. 3) ("Recommendation") entered on June 14, 2011, in which the Magistrate Judge recommends that this Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1), the Clerk shall file Plaintiff's Complaint and the Court enter an order dismissing this action with prejudice and enter judgment accordingly. Plaintiff filed his Objections to Magistrate Judge's Report & Recommendation & Points & Authorities (ECF No. 5) on June 30, 2011.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 3) entered on June 14, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 3) entered on June 14, 2011, is adopted and accepted, and Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is GRANTED.

///

///

1       IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE and the Clerk of the Court shall enter judgment accordingly.

      IT IS SO ORDERED.

      DATED: This 6th day of July, 2011.

                                            _____
                                            ROBERT C. JONES
                                            Chief Judge