AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF   NEVADA

PHILIP L. STIMAC,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

                                       CASE NUMBER: **3:11-CV-00381-RCJ-RAM**

BARACK OBAMA, et al.,

      Defendants.

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

 July 6, 2011                                                          **LANCE S. WILSON**
   Date                                                                    Clerk

                                                                             /s/   M. Campbell
                                                                                Deputy Clerk